UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVIS MAKI, | No. C 09-5082 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JAMES D. HARTLEY, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Pamela Critchfield, the court GRANTS respondent's request. (Docket # 6.) Respondent must file and serve his response to the petition no later than **July 2, 2010**. Petitioner must file and serve his traverse no later than **August 6, 2010.**

IT IS SO ORDERED.

DATED: May 14, 2010

_Susan Illston_
SUSAN ILLSTON
United States District Judge