1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   RICHARD TRAVIS MAKI,                    No. C 09-5082 SI (pr)

10          Petitioner,              **ORDER EXTENDING DEADLINES**

11       v.

12   JAMES D. HARTLEY, warden,

13          Respondent.
                                      /
14

15       Respondent has filed an <u>ex parte</u> request for a 30-day extension of time to respond to the

16   petition for writ of habeas corpus.  Having considered the request and the accompanying

17   declaration of attorney Pamela K. Critchfield, the court GRANTS respondent's request. (Docket

18   # 11.)  Respondent must file and serve his response to the petition no later than **July 1, 2011**.

19   Petitioner must file and serve his traverse no later than **August 12, 2011.**

20       IT IS SO ORDERED.

21   DATED: May 24, 2011

22                                      SUSAN ILLSTON
                                        United States District Judge
23

24

25

26

27

28

*United States District Court*
For the Northern District of California